UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SECURITY NATIONAL INSURANCE
COMPANY,

        Plaintiff,

v.                                                                               Case No. 22-10555

SALIENT LANDSCAPING, INC., *et al.*,

        Defendants.
_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Granting Plaintiff Security National Insurance Company's Motion for Summary Judgment," entered on October 26, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Plaintiff Security National Insurance Company and against Defendants Salient Landscaping, Inc., Sherry Hutchison, and Wellesley Gardens Condominium Association.

Dated at Port Huron, Michigan, October 26, 2022.

                                                      KINIKIA ESSIX
                                                    CLERK OF THE COURT

                                                    By: s/Lisa Wagner
                                                    Lisa Wagner, Case Manager
                                                    to Judge Robert H. Cleland

S:\Cleland\Cleland\NTH\Civil\22-10555.SALIENT.Judgment.NH.docx