UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SECURITY NATIONAL INSURANCE
COMPANY,

    Plaintiff,

v

SALIENT LANDSCAPING, INC., SHERRY
HUTCHISON, and WELLESLEY GARDENS
CONDOMINIUM ASSOCIATION,

    Defendants.

Case No. 3:22-cv-10555
Hon. Mark A. Goldsmith

| Michael F. Schmidt P25213 | Oscar A. Rodriguez (P73413) |
|---|---|
| HARVEY KRUSE, P.C. | HOOPER HATHAWAY, P.C. |
| Attorneys for Plaintiff | Attorney for Salient Landscaping, Inc. |
| 1050 Wilshire Drive, Suite 320 | 126 S. Main St. |
| Troy, MI 48084 | Ann Arbor, MI 48104-1903 |
| (248) 649-7800 | (734) 662-4426 |
| (248)649-2316 (fax) | orod@hooperhathaway.com |
| mschmidt@harveykruse.com | |

**ORDER GRANTING PLAINTIFF SECURITY NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT SALIENT LANDSCAPING, INC. (Dkt. 50) AND GRANTING PLAINTIFF SECURITY NATIONAL INSURANCE COMPANY'S MOTION FOR DETERMINATION OF REASONABLE DEFENSE COSTS (Dkt. 51)**

Plaintiff Security National Insurance Company having filed a motion for summary judgment as to defendant Salient Landscaping, Inc. (Dkt. 50) and a motion for determination of reasonable defense costs (Dkt. 51), and the Court having

reviewed the motions and briefs and the defendant Salient Landscaping, Inc.'s notice of non-response and non-opposition and being of the opinion that the motions are meritorious,

IT IS HEREBY ORDERED that summary judgment be granted to the plaintiff Security National Insurance Company that the policy of insurance issued to Salient Landscaping, Inc. is rescinded and null and void from its inception, and that Security National has no duty to provide coverage or a defense to any party in the underlying action and that Security National Insurance Company can recover the reasonable defense costs expended to defend Salient Landscaping, Inc. in the underlying action and that the defense costs claimed in the amount of $21,779.55 were reasonable and incurred in the defense of Salient Landscaping, Inc. in the underlying action and may be recovered by Security National Insurance Company from Salient Landscaping, Inc.

Dated: March 8, 2024  
      Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge